```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION
```

IN RE: WAYNE THOMAS CROOKE,         { CHAPTER 13
                                    {
                                    {
    DEBTOR(S)                      { CASE NO. R21-40986-BEM
                                    {
                                    { JUDGE ELLIS-MONRO

## OBJECTION TO CONFIRMATION

    COMES NOW N. WHALEY, INTERIM CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Debtor(s)' payments under the proposed plan are not current.

    2.  The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (61 months).

    3.  The Debtor(s) has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Albert C. Guthrie, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 142399
```

N. Whaley, Interim Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

R21-40986-BEM

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

WAYNE THOMAS CROOKE
504 DOE TRL.
RESACA, GA 30735-6196

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 23rd day of September 2021
_____/s/_____
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
State Bar No. 142399

N. Whaley, Interim Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com